1   JOHN R. BAILEY, Nevada Bar No. 0137
    JOSEPH A. LIEBMAN, Nevada Bar No. 10125
2   JOSHUA P. GILMORE, Nevada Bar No. 11576
    **BAILEY✧KENNEDY**
3   8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302
4   Telephone:  702.562.8820
    Facsimile:  702.562.8821
5   JBailey@BaileyKennedy.com
    JLiebman@BaileyKennedy.com
6   JGilmore@BaileyKennedy.com

7   ZACHARIAH LARSON, Nevada Bar No. 7787
    MATTHEW C. ZIRZOW, Nevada Bar No. 7222
8   **LARSON & ZIRZOW, LLC**
    850 East Bonneville Avenue
9   Las Vegas, Nevada 89101
    Telephone: 702.382.1170
10  Facsimile: 702.382.1169
    ZLarson@lzlawnv.com
11  MZirzow@lzlawnv.com

12  *Attorneys for Appellant* JEFFREY B. GUINN

14              **UNITED STATES DISTRICT COURT**

15                   **DISTRICT OF NEVADA**

17  JEFFREY B. GUINN

18                          Appellant,          Case No.  BK-S-13-18986-BTB
                                                CHAPTER 7
19  vs.                                         Adversary No. BK-S-14-01007-BTB

20  CDR INVESTMENTS, LLC, a Nevada Limited      Case No: 2:19-cv-00649-JAD
    Liability Company; DONNA A. RUTHE as
21  trustee for the CHARLES L. RUTHE TRUST
    and on behalf of his Individual Retirement
22  Account; DONNA A. RUTHE, in her             **STIPULATION TO STAY APPEAL**
    representative capacity as trustee for the FRANK   **PENDING ADDITIONAL RULINGS BY**
23  E. GRANIERI REVOCABLE LIVING TRUST          **THE BANKRUPTCY COURT**

24                          Respondents.                ECF No. 3

28

## STIPULATION TO STAY APPEAL PENDING ADDITIONAL RULINGS BY THE BANKRUPTCY COURT

Appellant Jeffrey B. Guinn ("Appellant"), by and through his attorney of record, the law firm of Bailey❖Kennedy, and Respondents CDR Investments, LLC and Donna A. Ruthe, as trustee for the Charles L. Ruthe Trust and his individual retirement account and the Frank E. Granieri Revocable Trust ("Respondents"), by and through their attorneys of record, the law firm of Sylvester & Polednak, Ltd., hereby STIPULATE AND AGREE that:

➢ On March 31, 2019, the Bankruptcy Court issued its Memorandum Decision in Adversary Case No. BK-S-14-01007-BTB (the "Order") [Dkt. # 365].

➢ On April 3, 2019, the Bankruptcy Court ordered briefing on pre- and post-judgment interest [Dkt. # 368].

➢ The Bankruptcy Court will entertain the issues surrounding pre- and post-judgment interest at a hearing on June 6, 2019, and thereafter issue a final judgment.

➢ On April 12, 2019, Appellant filed its Notice of Appeal from the Order pursuant to Federal Rule of Bankruptcy Procedure 8002 (the "Appeal") [Dkt. # 1].

➢ Appellant and Respondents agree that the Appeal should not proceed until this Court issues its decision on pre- and post-judgment interest and a corresponding final judgment, as any such decision could become part of the Appeal.

///
///
///
///
///
///
///
///
///
///

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

➤ Appellant and Respondents thus stipulate and agree to stay the Appeal pending a decision from the Bankruptcy Court on pre- and post-judgment interest. The stay of the Appeal will terminate automatically ten days following entry of a final judgment.

DATED this 19th day of April, 2019.

**SYLVESTER & POLEDNAK, LTD.**

By _/s/ Matthew T. Kneeland_
    Jeffrey R. Sylvester, Esq.
    Matthew T. Kneeland, Esq.
    1731 Village Center Circle
    Las Vegas, NV 89134
    *Attorneys for Respondents*

DATED this 19th day of April, 2019.

**BAILEY✧KENNEDY**

By _/s/ Joseph A. Liebman_
    John R. Bailey, Esq.
    Joseph A. Liebman, Esq.
    Joshua P. Gilmore, Esq.
    8984 Spanish Ridge Avenue
    Las Vegas, NV 89148
    *Attorneys for Appellant*

## ORDER

Based on the parties' stipulation **[ECF No. 3]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS STAYED pending decisions from the Bankruptcy Court on pre- and post-judgment interest. However, because this court's electronic filing system does not contain a mechanism for tracking the progress of those Bankruptcy Court motions, IT IS FURTHER ORDERED that any party may move to lift this stay once those decisions and final judgment are entered. This stay will remain in effect unless and until the court grants a motion or stipulation to lift it.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 20, 2019