1  JOHN R. BAILEY, Nevada Bar No. 0137
   JOSEPH A. LIEBMAN, Nevada Bar No. 10125
2  JOSHUA P. GILMORE, Nevada Bar No. 11576
   **BAILEY❖KENNEDY**
3  8984 Spanish Ridge Avenue
   Las Vegas, Nevada 89148-1302
4  Telephone:  702.562.8820
   Facsimile:  702.562.8821
5  JBailey@BaileyKennedy.com
   JLiebman@BaileyKennedy.com
6  JGilmore@BaileyKennedy.com

7  *Attorneys for Appellant* JEFFREY B. GUINN

8

9              **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

11

| | |
|---|---|
| 12  JEFFREY B. GUINN | |
| 13                              Appellant, | Case No.  BK-S-13-18986-BTB CHAPTER 7 |
| 14  vs. | Adversary No. BK-S-14-01007-BTB |
| 15  CDR INVESTMENTS, LLC, a Nevada Limited Liability Company; DONNA A. RUTHE as | Case No: 2:19-cv-00649-JAD |
| 16  trustee for the CHARLES L. RUTHE TRUST and on behalf of his Individual Retirement | |
| 17  Account; DONNA A. RUTHE, in her representative capacity as trustee for the FRANK | **STIPULATION TO LIFT STAY OF APPEAL** |
| 18  E. GRANIERI REVOCABLE LIVING TRUST | |
| 19                              Respondents. | |

20

21          <u>**STIPULATION TO LIFT STAY OF APPEAL**</u>

22          Appellant Jeffrey B. Guinn ("Appellant"), by and through his attorney of record, the law firm

23  of Bailey❖Kennedy, and Respondents CDR Investments, LLC and Donna A. Ruthe, as trustee for

24  the Charles L. Ruthe Trust and his individual retirement account and the Frank E. Granieri

25  Revocable Trust ("Respondents"), by and through their attorneys of record, the law firm of Sylvester

26  & Polednak, Ltd., hereby STIPULATE AND AGREE that:

27      ➢   On March 31, 2019, the Bankruptcy Court issued its Memorandum Decision in Adversary

28          Case No. BK-S-14-01007-BTB (the "Order") [Dkt. # 365].

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

➤ On April 3, 2019, the Bankruptcy Court ordered briefing on pre- and post-judgment interest [Dkt. # 368].

➤ On April 12, 2019, Appellant filed its Notice of Appeal from the Order pursuant to Federal Rule of Bankruptcy Procedure 8002 (the "Appeal") [Dkt. # 373].

➤ On April 22, 2019, pursuant to a Stipulation of the Parties, this Court stayed the Appeal pending the Bankruptcy Court's ruling on pre- and post-judgment interest and the issuance of a final judgment [Dkt. # 390].

➤ On September 13, 2019, the Court issued its Order on Pre- and Post-Judgment Interest [Dkt. # 411].

➤ On September 13, 2019, the Bankruptcy Court issued a Judgment [Dkt. # 412].

➤ The Parties thereafter undertook further briefing with respect to an entitlement to costs under Rule 7054 of the Local Rules of Bankruptcy Practice.

➤ On January 9, 2020, the Bankruptcy Court issued its Order Re: Plaintiff's Motion to Re-Tax Costs [Dkt. # 430].

➤ On January 14, 2020, the Bankruptcy Court issued an Amended Judgment incorporating the award of costs [Dkt. # 444].

➤ Now that all post-trial issues before the Bankruptcy Court have been resolved and a final judgment has been issued, Appellant and Respondents agree that this Court's stay of the Appeal should be lifted to allow the Appeal to proceed.

➤ Appellant and Respondents thus stipulate and agree to lift the stay of the Appeal.

///
///
///
///
///
///
///
///

➤ Further, all deadlines set forth in the Federal Rules of Bankruptcy Procedure, including the Designation of Record on Appeal and Statement of Issues required under Federal Rule of Bankruptcy Procedure 8009, will run from this Court's Order lifting the stay on the Appeal.

DATED this 3rd day of February, 2020.

**SYLVESTER & POLEDNAK, LTD.**


By   /s/ Matthew T. Kneeland
    Jeffrey R. Sylvester, Esq.
    Matthew T. Kneeland, Esq.
    1731 Village Center Circle
    Las Vegas, NV 89134
    *Attorneys for Respondents*

DATED this 3rd day of February, 2020.

**BAILEY❖KENNEDY**


By   /s/ Joseph A. Liebman
    John R. Bailey, Esq.
    Joseph A. Liebman, Esq.
    Joshua P. Gilmore, Esq.
    8984 Spanish Ridge Avenue
    Las Vegas, NV 89148
    *Attorneys for Appellant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:   02/07/2020