1  JOHN R. BAILEY, Nevada Bar No. 0137
   JOSEPH A. LIEBMAN, Nevada Bar No. 10125
2  JOSHUA P. GILMORE, Nevada Bar No. 11576
   **BAILEY❖KENNEDY**
3  8984 Spanish Ridge Avenue
   Las Vegas, Nevada 89148-1302
4  Telephone:  702.562.8820
   Facsimile:  702.562.8821
5  JBailey@BaileyKennedy.com
   JLiebman@BaileyKennedy.com
6  JGilmore@BaileyKennedy.com

7  *Attorneys for Appellant* JEFFREY B. GUINN

8

9              **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

11

| | |
|---|---|
| 12 JEFFREY B. GUINN | Case No.  BK-S-13-18986-BTB |
| 13                        Appellant, | CHAPTER 7 |
| 14 vs. | Adversary No. BK-S-14-01007-BTB |
| 15 CDR INVESTMENTS, LLC, a Nevada Limited Liability Company; DONNA A. RUTHE as | Case No: 2:19-cv-00649-JAD |
| 16 trustee for the CHARLES L. RUTHE TRUST and on behalf of his Individual Retirement | |
| 17 Account; DONNA A. RUTHE, in her representative capacity as trustee for the FRANK | **STIPULATION TO EXTEND BRIEFING SCHEDULE FOR APPEAL** |
| 18 E. GRANIERI REVOCABLE LIVING TRUST | **(First Request)** |
| 19                        Respondents. | **ORDER** |

20

21         Appellant Jeffrey B. Guinn ("Appellant"), by and through his attorney of record, the law firm

22  of Bailey❖Kennedy, and Respondents CDR Investments, LLC and Donna A. Ruthe, as trustee for

23  the Charles L. Ruthe Trust and his individual retirement account and the Frank E. Granieri

24  Revocable Trust ("Respondents"), by and through their attorneys of record, the law firm of Sylvester

25  & Polednak, Ltd., hereby STIPULATE AND AGREE that:

26     ➢ On March 9, 2020, the United States Bankruptcy Court Clerk filed the Certificate of

27        Readiness to the United States District Court, indicating that the Statement of Issues,

28        Designation of Record, and transcripts have been filed and the record on appeal is complete.

➤ On March 9, 2020, the Court set the briefing schedule for the appeal, with the Opening Brief due in 14 days (March 23, 2020), the Answering Brief due 14 days after that (April 6, 2020), and the Reply Brief due 14 days after that (April 20, 2020).

➤ Federal Rule of Bankruptcy Procedure 8018 contemplates a longer briefing schedule with respect to the bankruptcy appeal process. Specifically, it contemplates a 30/30/14 briefing schedule. Accordingly, undersigned counsel organized its schedule for the next month with the assumption that it would have 30 days to prepare his Opening Brief.

➤ The Memorandum Decision that is the subject of this appeal is quite lengthy (115 pages). The underlying adversary proceeding trial was three weeks long. As shown by the Designation of Record and Statement on Appeal [Dkt. # 463], there are numerous relevant exhibits. Thus, this appeal is more complicated than a typical adversary proceeding appeal.

➤ Thus, the parties believe it is reasonable to provide 30 days for the Opening Brief, 30 days for the Answering Brief, and 21 days for the Reply Brief.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

➢ Accordingly, the parties stipulate to extend the briefing schedule as follows:

   ○ Opening Brief – April 8, 2020.

   ○ Answering Brief – May 8, 2020.

   ○ Reply Brief – May 29, 2020.

DATED this 10th day of March, 2020.       DATED this 10th day of March, 2020.

**SYLVESTER & POLEDNAK, LTD.**      **BAILEY❖KENNEDY**


By   /s/ Matthew T. Kneeland       By   /s/ Joseph A. Liebman
     Jeffrey R. Sylvester, Esq.         John R. Bailey, Esq.
     Matthew T. Kneeland, Esq.      Joseph A. Liebman, Esq.
     1731 Village Center Circle       Joshua P. Gilmore, Esq.
     Las Vegas, NV 89134          8984 Spanish Ridge Avenue
     *Attorneys for Respondents*      Las Vegas, NV 89148
                               *Attorneys for Appellant*


**IT IS SO ORDERED.**


_____
UNITED STATES DISTRICT JUDGE

DATED: 3/11/2020