1    JOHN R. BAILEY, Nevada Bar No. 0137
     JOSEPH A. LIEBMAN, Nevada Bar No. 10125
2    JOSHUA P. GILMORE, Nevada Bar No. 11576
     **BAILEY❖KENNEDY**
3    8984 Spanish Ridge Avenue
     Las Vegas, Nevada 89148-1302
4    Telephone: 702.562.8820
     Facsimile: 702.562.8821
5    JBailey@BaileyKennedy.com
     JLiebman@BaileyKennedy.com
6    JGilmore@BaileyKennedy.com

7    *Attorneys for Appellant* JEFFREY B. GUINN

8

9            **UNITED STATES DISTRICT COURT**

10              **DISTRICT OF NEVADA**

11

| | |
|---|---|
| 12   JEFFREY B. GUINN | |
| 13           Appellant, | Case No. BK-S-13-18986-BTB<br>CHAPTER 7 |
| 14   vs. | Adversary No. BK-S-14-01007-BTB |
| 15   CDR INVESTMENTS, LLC, a Nevada Limited<br>Liability Company; DONNA A. RUTHE as | Case No: 2:19-cv-00649-JAD |
| 16   trustee for the CHARLES L. RUTHE TRUST<br>and on behalf of his Individual Retirement | **STIPULATION TO EXTEND BRIEFING**<br>**SCHEDULE FOR APPEAL DUE TO** |
| 17   Account; DONNA A. RUTHE, in her<br>representative capacity as trustee for the FRANK | **COVID-19 PANDEMIC** |
| 18   E. GRANIERI REVOCABLE LIVING TRUST | **(Second Request)** |
| 19           Respondents. | |

20

21       Appellant Jeffrey B. Guinn ("Appellant"), by and through his attorney of record, the law firm

22 of Bailey❖Kennedy, and Respondents CDR Investments, LLC and Donna A. Ruthe, as trustee for

23 the Charles L. Ruthe Trust and his individual retirement account and the Frank E. Granieri

24 Revocable Trust ("Respondents"), by and through their attorneys of record, the law firm of Sylvester

25 & Polednak, Ltd., hereby STIPULATE AND AGREE that:

26     ➤   A National Emergency related to the impact of the COVID-19 global pandemic has been

27         declared along with emergency declarations by several states across the United States,

28         including Nevada.

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

➢ The Parties, their counsel, and all related individuals are focused, first and foremost, on health and safety matters during this global pandemic and each Party has issues with limited staffing and resources, limited access to files and other resources, and other hurdles related to social distancing and business and school closures.

➢ Most, if not all, state courts and all federal courts in Nevada have recognized the need for stays/postponements of litigation matters and cases.

➢ Undersigned counsel, who is primarily responsible for the Opening Brief, is working remotely to achieve social distancing objectives. While he is able to complete certain tasks, he cannot work nearly as efficiently as was able to do from his office, especially considering he has a two-year old toddler who is home from daycare.

➢ Furthermore, undersigned counsel is limited in his ability to confer with other attorneys and paralegals responsible for this matter.

➢ The Memorandum Decision that is the subject of this appeal is quite lengthy (115 pages). The underlying adversary proceeding trial was three weeks long. As shown by the Designation of Record and Statement on Appeal [Dkt. # 463], there are numerous relevant exhibits. Thus, this appeal is more complicated than a typical adversary proceeding appeal.

➢ Due to the above, the Parties respectfully request an extension to the current briefing schedule, moving all dates back 30 days.

///
///
///
///
///
///
///
///
///
///

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1     ➢    Accordingly, the parties stipulate to extend the briefing schedule as follows:

2         ○    Opening Brief – May 8, 2020.

3         ○    Answering Brief – June 8, 2020.

4         ○    Reply Brief – June 29, 2020.

5 DATED this 31st day of March, 2020.         DATED this 31st day of March, 2020.

6 **SYLVESTER & POLEDNAK, LTD.**         **BAILEY❖KENNEDY**

7

8 By    /s/ Jeffrey R. Sylvester        By    /s/ Joseph A. Liebman

9     Jeffrey R. Sylvester, Esq.        John R. Bailey, Esq.

    Matthew T. Kneeland, Esq.        Joseph A. Liebman, Esq.

10     1731 Village Center Circle        Joshua P. Gilmore, Esq.

    Las Vegas, NV 89134        8984 Spanish Ridge Avenue

11     *Attorneys for Respondents*        Las Vegas, NV 89148

        *Attorneys for Appellant*

12

13     **IT IS SO ORDERED.**

14

15 _____

    UNITED STATES DISTRICT JUDGE

16     DATED:   4/2/2020

17

18

19

20

21

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820