SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
Matthew T. KNEELAND, ESQ.
Nevada Bar No. 11829
1731 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 952-5200
Fax: (702) 952-5205
Email: jeff@sylvesterpolednak.com
Email: matthew@sylvesterpolednak.com
*Attorney for Respondents*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN,<br><br>　　　　　　　　Appellant.<br><br>CDR INVESTMENTS, LLC, a Nevada limited liability company; DONNA A. RUTHE, as trustee for the CHARLES L. RUTHE TRUST and on behalf of his Individual Retirement Account; DONNA A. RUTHE, in her representative capacity as trustee for the FRANK E. GRANIERI REVOCABLE LIVING TRUST,<br><br>　　　　　　　　Respondents, | Case No. BK-S-13-18986-BTB<br>CHAPTER 7<br><br>Adversary No. BK-S-14-01007-BTB<br><br>Case No. 2:19-cv-00649-JAD<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR APPEAL DUE TO COVID-19 PANDEMIC**<br><br>**(Third Request)**<br><br>**ORDER** |

Respondents CDR INVESTMENTS, LLC, a Nevada limited liability company; DONNA A. RUTHE, as trustee for the CHARLES L. RUTHE TRUST and on behalf of his Individual Retirement Account; DONNA A. RUTHE, in her representative capacity as trustee for the FRANK E. GRANIERI REVOCABLE LIVING TRUST (collectively, the "Respondents"), by and through their attorneys of record, the law offices of Sylvester & Polednak, Ltd., and

1

Appellant JEFFREY B. GUINN ("Appellant"), by and through his attorneys of record Bailey Kennedy, hereby STIPULATE AND AGREE to continue the Answering Brief and Reply Brief deadlines in the appeal thirty (30) days, as follows:

1. A National Emergency related to the impact of the COVID-19 global pandemic has been declared along with emergency declarations by several states across the United States, including Nevada.

2. The Parties, their counsel, and all related individuals are focused, first and foremost, on health and safety matters during this global pandemic and each Party has issues with limited staffing and resources, limited access to files and other resources, and other hurdles related to social distancing and business and school closures.

3. Most, if not all, state courts and all federal courts in Nevada have recognized the need for stays/postponements of litigation matters and cases.

4. Undersigned counsel, who is primarily responsible for the Answering Brief, was working remotely to achieve social distancing objectives until very recently on April 29. While he was able to complete certain tasks, he could not work nearly as efficiently as he was able to do from his office. Furthermore, during his time working remotely, undersigned counsel was limited in his ability to confer with other attorneys responsible for this matter.

5. Moreover, the Memorandum Decision that is the subject of this appeal is quite lengthy (115 pages). The underlying adversary proceeding trial was three weeks long. And as shown by the Designation of Record and

Statement on Appeal [Dkt. # 463], there are numerous relevant exhibits. Thus, this appeal is more complicated than a typical adversary proceeding appeal.

6. Due to the above, the Parties respectfully request an extension to the current briefing schedule, moving all dates back thirty (30) days, as follows:

- Answering Brief deadline extended to July 8, 2020; and
- Reply Brief deadline extended to August 7, 2020.

IT IS SO STIPULATED.

DATED this 20th day of May, 2020.                    DATED this 20th day of May, 2020.

**SYLVESTER & POLEDNAK, LTD.**                    **BAILEY KENNEDY**

By /s/ Matthew T. Kneeland                            By /s/ Joseph Liebman
    Jeffrey R. Sylvester, Esq.                            John R. Bailey, Esq.
    Matthew T. Kneeland, Esq.                        Joseph A. Liebman, Esq.
    1731 Village Center Circle                            Joshua P. Gilmore, Esq.
    Las Vegas, NV 89134                                     8984 Spanish Ridge Avenue
    *Attorneys for Respondents*                          Las Vegas, NV 89148
                                                                         *Attorneys for Appellant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 20, 2020.