SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
Matthew T. KNEELAND, ESQ.
Nevada Bar No. 11829
1731 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 952-5200
Fax: (702) 952-5205
Email: jeff@sylvesterpolednak.com
Email: matthew@sylvesterpolednak.com
*Attorney for Respondents*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY B. GUINN, <br><br>      Appellant. <br><br><br> CDR INVESTMENTS, LLC, a Nevada limited liability company; DONNA A. RUTHE, as trustee for the CHARLES L. RUTHE TRUST and on behalf of his Individual Retirement Account; DONNA A. RUTHE, in her representative capacity as trustee for the FRANK E. GRANIERI REVOCABLE LIVING TRUST, <br><br>      Respondents, | Case No. BK-S-13-18986-BTB <br> CHAPTER 7 <br><br> Adversary No. BK-S-14-01007-BTB <br><br> Case No. 2:19-cv-00649-JAD <br><br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE FOR APPEAL DUE TO COVID-19 PANDEMIC** <br><br> **(Fourth Request)** <br><br>      **ORDER** |

   Respondents CDR INVESTMENTS, LLC, a Nevada limited liability company; DONNA

A. RUTHE, as trustee for the CHARLES L. RUTHE TRUST and on behalf of his Individual

Retirement Account; DONNA A. RUTHE, in her representative capacity as trustee for the

FRANK E. GRANIERI REVOCABLE LIVING TRUST (collectively, the  "Respondents"), by

and through their attorneys of record, the law offices of Sylvester & Polednak, Ltd., and

Appellant JEFFREY B. GUINN ("Appellant"), by and through his attorneys of record Bailey Kennedy, hereby STIPULATE AND AGREE to continue the Answering Brief and Reply Brief deadlines in the appeal fourteen (14) days, as follows:

1. A National Emergency related to the impact of the COVID-19 global pandemic has been declared along with emergency declarations by several states across the United States, including Nevada.

2. The Parties, their counsel, and all related individuals are focused, first and foremost, on health and safety matters during this global pandemic and each Party has had issues with limited staffing and resources, limited access to files and other resources, and other hurdles related to social distancing and business and school closures, and more recently summer camp closures.

3. Most, if not all, state courts and all federal courts in Nevada have recognized the need for stays/postponements of litigation matters and cases.

4. Undersigned counsel, who is responsible for the Answering Brief, was working remotely to achieve social distancing objectives until very recently on April 29. While he was able to complete certain tasks, he could not work nearly as efficiently as he was able to do from his office. Furthermore, during his time working remotely, undersigned counsel was limited in his ability to confer with other attorneys responsible for this matter.

5. Beginning on or about July 1, 2020, undersigned counsel's legal assistant who is assisting with the Answering Brief resumed working remotely, in light of the COVID-19 pandemic, creating further efficiency in completing the Answering Brief on or before the current deadline.

2

6.      Furthermore, several other briefing deadlines and matters being argued on shortened time in state court within undersigned counsel's caseload have created scheduling conflicts in meeting the Answering Brief deadline.

7.      Moreover, the Memorandum Decision in this appeal is quite lengthy (115 pages). The underlying adversary proceeding trial was three weeks long. And as shown by the Designation of Record and Statement on Appeal [Dkt. # 463], there are numerous relevant exhibits. Thus, this appeal is more complicated than a typical adversary proceeding appeal.

8.      Due to the above, the Parties respectfully request an extension to the current briefing schedule, moving all dates back fourteen (14) days, as follows:

-      Answering Brief deadline extended to July 22, 2020; and

-      Reply Brief deadline extended to August 21, 2020.

IT IS SO STIPULATED.

DATED this 6th day of July, 2020.                    DATED this 6th day of July, 2020.
**SYLVESTER & POLEDNAK, LTD.**                 **BAILEY KENNEDY**


By /s/ Matthew T. Kneeland                          By /s/ Joseph Liebman
        Jeffrey R. Sylvester, Esq.                          John R. Bailey, Esq.
        Matthew T. Kneeland, Esq.                       Joseph A. Liebman, Esq.
        1731 Village Center Circle                        Joshua P. Gilmore, Esq.
        Las Vegas, NV 89134                             8984 Spanish Ridge Avenue
        *Attorneys for Respondents*                       Las Vegas, NV 89148
                                                            *Attorneys for Appellant*

**IT IS SO ORDERED.**


_____
UNITED STATES DISTRICT JUDGE

DATED: 7/7/2020

3